| | |
|---|---|
| James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, CECCHI<br>OLSTEIN, BRODY & AGNELLO<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700 | Samuel H. Rudman<br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>(631) 367-7100 |
| Christopher A. Seeger<br>Stephen A. Weiss<br>SEEGER WEISS<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, New Jersey 07660<br>(973) 639-9100 | Paul J. Geller<br>Stuart A. Davidson<br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, Florida 33432<br>(561) 750-3000 |

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE COLBY RESTAURANT GROUP, INC. *et al.*, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UTICA NATIONAL INSURANCE GROUP, *et al.*<br><br>Defendant. | Civil Action No. 20-5927(RMB)<br><br><br><br>**ORDER** |

THIS MATTER having been opened to the Court by Carella, Byrne, Cecchi, Olstein, Brody & Agnello, counsel for Plaintiffs, requesting a stay pending a decision by the Judicial Panel for Multidistrict Litigation for transfer and consolidation in *In re Covid-19 Business Interruption Insurance Coverage Litigation*, MDL Docket No. 2942, and the Court having read the parties' papers, and good cause appearing,

IT IS THIS **10th**   day of **June**, **2020**

- 2 -

ORDERED that the within matter is stayed until the decision by the Judicial Panel for Multidistrict Litigation in *In re Covid-19 Business Interruption Insurance Coverage Litigation*, MDL Docket No. 2942; and it is further

ORDERED that within 10 days after the decision by the Judicial Panel for Multidistrict Litigation, counsel for Plaintiff shall advise the Court of the Panel's decision.

_____
RENEE MARIE BUMB, U.S.D.J.