# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

Susan M. Leming, Esq.
sleming@brownconnery.com

August 19, 2020

**Via ECF**
Honorable Renée Marie Bumb, U.S.D.J.
United States District Court of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza, Room 2040
Camden, NJ 08102-2040

Re:   The Colby Restaurant Group, Inc., et al. v. Utica National Insurance Group, et al.,
       Civil Action No. 1:20-cv-05927-RMB-KMW

Dear Judge Bumb:

      We represent Defendants in the above-referenced matter. On August 14, 2020, pursuant to this Court's June 10, 2020 Order (Dkt. # 8), Plaintiffs advised the Court that the Judicial Panel on Multidistrict Litigation denied transfer of this case. (Dkt. # 11). Defendants join in Plaintiffs' request that the Court lift the stay. In addition, for the reasons set forth in Defendants' pre-motion letter (Dkt. # 3), we respectfully request a pre-motion conference at the Court's earliest convenience, or alternatively, permit Defendants to file a motion to dismiss pursuant to Rule 12(b)(6), for the October 5, 2020 motion day.

      Respectfully submitted,

      **BROWN & CONNERY, LLP**

      */s Susan M. Leming*
      Susan M. Leming

cc: All counsel of record (via ECF)

7AE9171