[Docket No. 17]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| COLBY RESTAURANT GROUP, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UTICA NATIONAL INSURANCE GROUP, et al., <br><br> Defendants. | Civil No. 20-5927 (RMB/KMW) <br><br> **ORDER** |

This matter comes before the Court on the Motion to Dismiss brought by Defendants AmGUARD Insurance Company and Republic-Franklin Insurance Company (collectively, "Defendants"). [Docket No. 17.] For the reasons expressed in the Opinion of today's date, and for good cause shown,

**IT IS** on this **12th** day of **March** 2021, hereby:

**ORDERED** that Defendants' Motion to Dismiss [Docket No. 17] is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Complaint is **DISMISSED** in its entirety; and it is finally

**ORDERED** that this matter be marked **CLOSED**.

                                         s/Renée Marie Bumb
                                         RENÉE MARIE BUMB
                                         United States District Judge